**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RANBAXY LABORATORIES LTD., and RANBAXY PHARMACEUTICALS INC., | ) ) ) | |
| Plaintiffs/Counterdefendants, | ) ) | Case No. 04 C 8078 |
| v. | ) ) | Judge Coar |
| ABBOTT LABORATORIES, | ) ) ) ) | Magistrate Judge Brown |
| Defendant/Counterclaimant. | ) | |

**STIPULATION OF DISMISSAL BETWEEN PLAINTIFFS RANBAXY
LABORATORIES LTD. AND RANBAXY PHARMACEUTICALS INC. AND
DEFENDANT ABBOTT LABORATORIES**

WHEREAS, Plaintiffs/Counterdefendants Ranbaxy Laboratories Ltd. and Ranbaxy Pharmaceuticals Inc. (collectively, "Ranbaxy") and Defendant/Counterclaimant Abbott Laboratories ("Abbott") have entered into a Settlement Agreement effective as of today's date, August 14, 2006;

NOW, THEREFORE, pursuant to the settlement agreement of the parties, Abbott and Ranbaxy stipulate, subject to approval of the Court, that:

1. Ranbaxy's complaint against Abbott is dismissed in its entirety with prejudice.

2. Abbott's counterclaims against Ranbaxy in their entirety are dismissed with prejudice.

3. Each party shall bear its own attorney's fees, expenses, and costs.

STIPULATED AND AGREED TO:

| | |
|---|---|
| s/ Michael A. Flomenhoft | s/ Frederick Christopher Laney |
| R. Mark McCareins | Thomas G. Scavone |
| Todd J. Ehlman | Frederick Christopher Laney |
| Michael A. Flomenhoft | NIRO, SCAVONE, HALLER & NIRO |
| WINSTON & STRAWN LLP | 181 West Madison Street |
| 35 W. Wacker Drive | Suite 4600 |
| Chicago, IL 60601 | Chicago, Illinois 60602-4515 |
| (312) 558-5600 | (312) 236-0733 |
| | |
| Attorneys for Abbott Laboratories | Attorneys for Ranbaxy Laboratories Ltd. and Ranbaxy Pharmaceuticals Inc. |

So ORDERED and SIGNED this ____ day of _____, 2006.

_____
Judge David H. Coar
United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies under penalty of perjury that a copy of the foregoing **Stipulation Of Dismissal Between Plaintiffs Ranbaxy Laboratories Ltd. and Ranbaxy Pharmaceuticals Inc. and Defendant Abbott Laboratories**, was served on the following on August 14, 2006:

| **By Electronic Means:** | **By Federal Express:** |
|---|---|
| Frederick Christopher Laney | Darrell Olson |
| NIRO, SCAVONE, HALLER & NIRO, LTD. | Craig S. Summers |
| 181 West Madison Street | William R. Zimmerman |
| Suite 4600 | John Giezentanner |
| Chicago, IL 60602 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| (312) 236-0733 | 2040 Main Street, 14th Floor |
| laney@nshn.com | Irvine, CA 92614 |
| *Attorneys for Ranbaxy Laboratories Ltd. and Ranbaxy Pharmaceuticals Inc.* | (949) 760-0404 |
| | *Attorneys for Ranbaxy Laboratories Ltd. and Ranbaxy Pharmaceuticals Inc.* |

Dated: August 14, 2006                                                  s/ Michael A. Flomenhoft