# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 8078 | **DATE** | 8/17/2006 |
| **CASE TITLE** | Ranbaxy Laboratories, Ltd vs. Abbott Laboratories | | |

**DOCKET ENTRY TEXT**

This action is dismissed in its entirety pursuant the Stipulation of Dismissal [330], each party shall bear its own attorney's fees, expenses and costs - So ordered.  Any and all status dates are stricken, any and all pending motions are moot and terminated.  Civil case terminated.

    /s/David H. Coar, District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|